UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRUCE ROCKWELL**, *on behalf of himself and all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>**MEDICUS HEALTHCARE SOLUTIONS, LLC.**<br><br>*Defendant* | Case No. 1:24-cv-128-LJV |

### NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

NOW COMES the Defendant, Medicus Healthcare Solutions, LLC by and through counsel, Sheehan Phinney Bass & Green, PA, pursuant to the Rules of the United States District Court for the Western District of New York, and hereby notifies this Court of its intent to submit a Motion For Admission *Pro Hac Vice* of Christopher Cole.

Respectfully submitted,

MEDICUS HEALTHCARE SOLUTIONS, LLC

By Their Attorneys,

SHEEHAN PHINNEY BASS & GREEN, P.A.

Dated: March 4, 2024

/s/ *Courtney H.G. Herz*
Courtney H.G. Herz, Esq.
Christopher Cole, Esq. (*pro hac vice* admission pending)
1000 Elm Street, 17th Floor
Manchester, New Hampshire 03105-3701
(603) 627-8131; cherz@sheehan.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRUCE ROCKWELL**, *on behalf of himself and all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>**MEDICUS HEALTHCARE SOLUTIONS, LLC.**<br><br>*Defendant* | Case No. 1:24-cv-00129 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to the Rules of the United States District Court for the Western District of New York, Defendant Medicus Healthcare Solutions, LLC, through counsel, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* of Christopher Cole and for Attorney Cole appear as counsel for Medicus Healthcare Solutions, LLC in the above-captioned action.

Attorney Cole is in good standing of the bars of the State of New Hampshire and the State of New York and there are no pending disciplinary proceedings against him in any state or federal court.

Respectfully submitted,

MEDICUS HEALTCARE SOLUTIONS, LLC

By Its Attorney,

SHEEHAN PHINNEY BASS & GREEN, P.A.

Dated:  March 4, 2024            */s/ Courtney H.G. Herz*

Courtney H.G. Herz, Esq.
Christopher Cole, Esq. (*pro hac vice* admission pending)
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
(603) 627-8131
cherz@sheehan.com